**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY J. RICHARD and JEFFREY L. RICHARD,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:18-cv-00665-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)** |

Plaintiffs Kimberly J. Richard and Jeffrey L. Richard ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiffs' Complaint.

On April 13, 2018, Plaintiffs filed their Complaint and Trans Union was served on May 17, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiffs' Complaint is June 7, 2018. The allegations in Plaintiffs' Complaint date back to September 2017. Trans Union is in need of additional time to investigate, locate and assemble documents relating to Plaintiffs' claims. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations and details in Plaintiffs' Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiffs' Complaint up to and including June 28, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: May 30th, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

**PAYNE LAW FIRM LLC**

/s/ *Sean N. Payne*
Sean N. Payne
Nevada Bar No. 13216
9550 S. Eastern Avenue, Suite 253-A213
Las Vegas, NV 89123
Telephone: (702) 952-2733
Facsimile: (702) 462-7227
Email: seanpayne@spaynelaw.com
Counsel for Plaintiff

## **ORDER**

IT IS SO ORDERED Trans Union has up to and including June 28, 2018 to answer or otherwise respond to the above-referenced Complaint of Kimberly J. Richard and Jeffrey L. Richard in Case No. 2:18-cv-00665-JAD-PAL.

Dated this 1st day of June, 2018.

UNITED STATES MAGISTRATE JUDGE