Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY J. RICHARD and JEFFREY L. RICHARD, <br><br> Plaintiffs, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC <br><br> Defendants. | Case No. 2:18-cv-00665-JAD-PAL <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an additional extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiffs Kimberly J. Richard and Jeffrey L. Richard have no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 7, 2018 through and including **June 28, 2018**. The additional time to respond to the Complaint is intended to facilitate settlement discussions.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 7th day of June, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

/s/ *Sean Payne*
Sean N. Payne, Esq.
Nevada Bar No. 13216
Payne Law Firm LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
Fax: (702) 462-7227

/s/ *David Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: June 11, 2018

4853-2335-6765