Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY J. RICHARD and JEFFREY L. RICHARD, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, <br><br> Defendants. | Case No. 2:18-cv-00665-JAD-PAL <br><br> **ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS** <br><br> **[FIRST REQUEST]** <br><br> [ECF No. 15] |

Plaintiffs Kimberly J. Richard and Jeffrey L. Richard ("Plaintiffs") and Trans Union, LLC ("Trans Union"), by and through their counsel of record, have agreed to stipulated to the following:

1. On April 13, 2018, Plaintiffs filed their Complaint. (ECF No. 1)

2. On June 28, 2018, Trans Union filed a Motion to Dismiss Plaintiffs' Complaint. (ECF No. 13).

3. Plaintiffs' response is due July 12, 2018.

4. Plaintiffs and Trans Union have agreed to extend Plaintiffs' response deadline fourteen (14) days in order to allow the parties to discuss possible resolution of Plaintiffs' claims against Trans Union. As a result, Plaintiffs and Trans Union hereby request this Court to extend the date for Plaintiffs to respond to Trans Union's Motion to Dismiss Plaintiffs' Complaint through and including July 26, 2018.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

This is the first request for an extension of this deadline, and is not made for purposes of delay.

**IT IS SO STIPULATED.**

Dated July 11, 2018

| | |
|---|---|
| */s/ Sean N. Payne* | */s/ Jason G. Revzin* |
| Sean N. Payne, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 13216 | Nevada Bar No. 8629 |
| PAYNE LAW FIRM LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 9550 S. Eastern Ave., Suite 253-A213 | 6385 S. Rainbow Blvd., Suite 600 |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89118 |
| | |
| Matthew I. Knepper, Esq. | *Attorneys for Defendant* |
| Nevada Bar No. 12796 | *Trans Union LLC* |
| Miles N. Clark, Esq. | |
| Nevada Bar No. 13848 | |
| KNEPPER & CLARK LLC | |
| 10040 W. Cheyenne Ave., Suite 170-109 | |
| Las Vegas, NV 89129 | |
| | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, Nevada 89123 | |
| | |
| *Attorneys for Plaintiffs* | |

## <u>ORDER</u>

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated---and must be filed---as a joint motion." This stipulation **[ECF No. 15]** is between the plaintiff and only one of the three defendants in this case. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and **GRANT** it. IT IS THEREFORE ORDERED that the deadline for plaintiff to respond to Trans Union LLC's motion to dismiss [ECF No. 13] is **EXTENDED to July 26, 2018.**

Dated: July 12, 2018

_____

U.S. District Judge Jennifer A. Dorsey