David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JEFFREY L. RICHARD*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY L. RICHARD,<br><br>             Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION, LLC,<br><br>             Defendants. | Case No. 2:18-cv-00665-JAD-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EQUIFAX ONLY</u>**<br><br>ECF No. 33 |

      Plaintiff JEFFREY L. RICHARD and Defendant EQUIFAX INFORMATION SERVICES LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ.

…

…

…

…

…

P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 29, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13064 |
| HAINES & KRIEGER, LLC | SNELL & WILMER, LLP |
| 8985 S. Eastern Avenue | 3883 Howard Hughes Parkway |
| Suite 350 | Suite 1100 |
| Henderson, Nevada 89123 | Las Vegas, NV 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## ORDER

Based on the stipulation between plaintiff and Equifax Information Services, LLC **[ECF No. 33]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all remaining parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Equifax Information Services, LLC are DISMISSED with prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 30, 2018